FILED

JUL 25 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19CR580 SNLJ/NCC |
| vs. ) | |
| ) | |
| LARON M. DANIELS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 17, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**LARON M. DANIELS,**

the Defendant herein, knowing he had been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 17, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**LARON M. DANIELS,**

the Defendant herein, knowingly possessed a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession, knowing or having reasonable

cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney